Harry Eager, Appellee, v. Glens Falls Indemnity Company, and Frolics, Inc., Appellants. Southeast National Bank of Chicago and Henry Sonnenschein, Certain Defendants.

Gen. No. 44,585.

opinion filed November 16, 1948; released for publication December 2, 1948. Vogel & Bunge and Morris A. Haft, for appellants; George C. Bunge, Morris A. Haft and Robert L. Howard, of counsel; Louis G. Davidson, Louis P. Miller and Joseph D. Ryan, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.